GEURTS, Respondent, vs. BROST, Appellant.

For the appellant: *James E. Coleman*, attorney, and *William J. McCauley* of counsel, both of Milwaukee.

For the respondent: *Smith & Smith* of De Pere and *Strehlow & Cranston* and *North, Parker, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.

DOLSKE, Administratrix, Appellant, vs. BYRAM and others, Receivers, Respondents.

For the appellant: *J. E. O'Brien* of Fond du Lac.

For the respondents: *Bender, Trump, McIntyre & Freeman* of Milwaukee.

*By the Court.*—Judgment affirmed.

FOWLER, J., took no part.

KLEINSMITH, Respondent, vs. ROLOFF and another, Appellants.

For the appellants: *Reilly & Cosgrove* of Fond du Lac and *Lloyd D. Smith* of Waupaca.

For the respondent: *J. L. Kelley* of Fond du Lac.

*By the Court.*—Judgment affirmed.